5:21-mc-008 (FJS)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:   Adam M. Madigan,

                                              Case No. 15-31545
                                                   Chapter 7
                          Debtor.

Straight Line, LLC, Jeffrey E. Barber,
Jean B. Barber, Emily J. Barber,
Paul T. Barber, and
Bethany A. Barber,

                          Plaintiffs,         Adv. Proc. No. 16-50002

        v.

Adam M. Madigan,

                          Defendant.          **Judgment**

I certify that this is a true copy.
Attest: _____
             Clerk of Court
By: _____
Date: 2/5/21

**FILED**

AUG 28 2020

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

This adversary proceeding is on remand from the district court to determine the amount of damages for which Debtor is liable. Plaintiffs moved for summary judgment which was opposed by the Debtor. A separate memorandum-decision of August 28, 2020, setting forth the court's findings and conclusions has been entered this day. Accordingly, it is

ORDERED, ADJUDGED and DECREED that Plaintiffs shall recover judgment against Debtor in the amount of $1,480,580.00, which debt for fraud is found nondischargeable under the provisions of 11 U.S.C. § 523(a)(2)(A); and it is further

ORDERED, ADJUDGED and DECREED that Debtor shall separately remain liable to Plaintiffs in the amount of $1,300.00, which debt is nondischargeable under the provisions of 11 U.S.C. § 523(a)(4) for embezzlement and under § 523(a)(6) for willful and malicious injury as set forth in this court's Memorandum-Decision and Order of May 8, 2018.

Dated:  August 28, 2020
        Syracuse, New York              Margaret Cangilos-Ruiz
                                        United States Bankruptcy Judge